## West Chicago St. R. R. Co. v. Gotthold F. Binder, Adm'r, etc.

Appeal from the Circuit Court of Cook County.   Opinion filed January 24, 1899.

Mr. Justice Shepard delivered the opinion of the court. A suit to recover for the death of a boy twelve years old

because of appellant's alleged negligence. Verdict and judgment for $2,000.

No important or novel questions of law. Mere facts. Affirmed.

ALEXANDER SULLIVAN, attorney for appellant; EDWARD J. McARDLE, of counsel.

NEWMAN, NORTHRUP & LEVINSON, attorneys for appellee.